FRANK R. UBHAUS, CA. STATE BAR NO. 46085
LAURA A. PALAZZOLO, CA. STATE BAR NO. 210954
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388

ATTORNEYS FOR STATECO INC. DBA
STATECO INSURANCE SERVICES AND
THOMAS NATOLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>STATECO INC. dba STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. C 05 3007<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

Defendants Stateco Inc. dba Stateco Insurance Services and Thomas Natoli (collectively the "Defendants"), and Plaintiff M. Diane Koken, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company, by and through their undersigned counsel, do hereby stipulate as follows:

1. WHEREAS the Defendants have expressed a desire to extend the time to respond to the Complaint, since Defendants' counsel has been on an extended vacation; and

2. WHEREAS the extension requested by Defendants will not impact the Case Schedule set by this court;

///

IT IS HEREBY PROPOSED AND STIPULATED THAT:

1. The date set for Defendants to respond to Plaintiff's Complaint be extended from September 6, 2005 through and including September 23, 2005.

2. Defendants may specially appear to file this stipulation without prejudice to any motion for intradistrict venue transfer they may also choose to file.

IT IS SO STIPULATED.

Dated: September 6, 2005

          BERLINER COHEN

          By _____/S/_____
          FRANK R. UBHAUS
          LAURA PALAZZOLO
          Specially appearing for STATECO INC.
          DBA STATECO INSURANCE
          SERVICES AND THOMAS NATOLI

Dated: September 6, 2005

          MORGENSTEIN & JUBELIRER LLP

          By _____/S/_____
          ADRIENNE S. LEIGHT
          Attorneys for M. DIANE KOKEN

**ORDER**

IT IS SO ORDERED.

Dated: September 9th, 2005

HON. _____
United St___

[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California]