FRANK R. UBHAUS, CA. STATE BAR NO. 46085
LAURA A. PALAZZOLO, CA. STATE BAR NO. 210954
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388

ATTORNEYS FOR STATECO INC. DBA
STATECO INSURANCE SERVICES AND
THOMAS NATOLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>STATECO INC. dba STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. C 05 3007<br><br>STIPULATION FOR INTRADISTRICT VENUE TRANSFER |

Defendants Stateco Inc. dba Stateco Insurance Services ("Stateco") and Thomas Natoli ("Natoli") (collectively the "Defendants"), and Plaintiff M. Diane Koken, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company ("Plaintiff"), by and through their undersigned counsel, do hereby stipulate as follows:

1.    WHEREAS Plaintiff is a resident of Pennsylvania; and

2.    WHEREAS Defendant Stateco is a California corporation with its principal place of business in San Jose, California; and

3.    Defendant Natoli is a resident of San Jose, California; and

1. 4. WHEREAS the Complaint filed by Plaintiff alleges (1) the breach of a contract which was entered into by Defendants in San Jose, California; (2) the breach of fiduciary duties and negligence, the actions toward which breach, if any, would have been performed in San Jose, California; (3) alter ego and conversion against a defendant who resides in San Jose, California; and (4) an accounting of records kept by the Defendants in San Jose, California; and

5. WHEREAS the Northern District of California Civil Local Rules ("CLR"s) at 3-2(e) require that, except for Intellectual Property Actions, Securities Class Actions, and certain Prisoner Petitions, all civil actions which arise in Santa Clara County *shall* be assigned to the San Jose Division; and

6. WHEREAS CLR 3-2(f) allows a judge to transfer an action to a different division within the district whenever the judge finds that a civil action has not been assigned to the proper division within the district in accordance with the Civil Local Rules, or that the convenience of the parties and witnesses and the interests of justice will be served by such transfer; and

7. WHEREAS, in accordance with the facts set forth in the complaint and the Civil Local Rules, venue is proper in the Northern District of California, San Jose Division;

IT IS HEREBY PROPOSED AND STIPULATED THAT:

A. Venue shall be transferred in the above-captioned matter from the Northern District of California, San Francisco Division, to the Northern District of California, San Jose Division.

B. To avoid confusion, Defendants shall wait ten days after entry of this venue transfer order before filing their responsive pleading in the Northern District of California San Jose Division, to allow time for the San Francisco Division to effectuate the transfer.

[Signature Page Follows]

///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: September 22, 2005

BERLINER COHEN

By _____
FRANK R. UBHAUS
LAURA PALAZZOLO
Specially appearing for STATECO INC.
DBA STATECO INSURANCE
SERVICES AND THOMAS NATOLI

Dated: September 21, 2005

WOLF, BLOCK, SCHORR AND SOLIS-COHEN, LLP

By _____
ANTHONY R. TWARDOWSKI
Attorneys for M. DIANE KOKEN

**ORDER**

IT IS SO ORDERED.

Dated: Oct 11, 2005

APPROVED
Judge Charles R. Breyer

_____
BREYER
United States District Court Judge