1  WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
   ANTHONY R. TWARDOWSKI (admitted *pro hac vice*)
2  1650 Arch Street, 22nd Floor
   Philadelphia, PA 19103
3  Telephone:    (215) 977-2042
   Facsimile:    (215) 405-2942                              **E-filed 11/17/05**
4
   MORGENSTEIN & JUBELIRER LLP
5  JEAN L. BERTRAND (Bar. No. 83250)
   ADRIENNE S. LEIGHT  (Bar No. 226854)
6  One Market, Spear Street Tower, 32nd Floor
   San Francisco, CA  94105
7  Telephone:    (415) 901-8700
   Facsimile:    (415) 901-8701
8
   Attorneys for Plaintiff and Specially-Appearing Cross-Defendants
9  M. DIANE KOKEN and MUTUAL INDEMNITY LTD.,
   MUTUAL INDEMNITY (Bermuda) LTD.,
10 MUTUAL INDEMNITY (Barbados) LTD.,
   MUTUAL INDEMNITY (US) LTD., and
11 MUTUAL HOLDINGS (BERMUDA) LTD.

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15 M. DIANE KOKEN,                          Case No.:  3:05-CV-03007-JF

16          Plaintiff,

17     v.                                   **STIPULATION AND
                                            [PROPOSED] ORDER
18 STATECO INC. d/b/a STATECO INSURANCE     EXTENDING TIME TO
   SERVICES and THOMAS NATOLI, and XYZ      RESPOND TO CROSS-
19 CORPS. 1-10, and DOES 1 through 10, inclusive,  COMPLAINT AND THIRD
                                            PARTY COMPLAINT**
          Defendants.

20

21 STATECO INC. d/b/a STATECO INSURANCE
   SERVICES and THOMAS NATOLI,
22
          Cross-Complainants,
23
       v.
24 M. DIANE KOKEN, Insurance Commissioner of the
   Commonwealth of Pennsylvania, acting in her
25 official capacity as Statutory Liquidator of Legion
   Insurance Company and Villanova Insurance
26 Company, and MUTUAL INDEMNITY LTD.,
   MUTUAL INDEMNITY (Bermuda) LTD., MUTUAL
27 INDEMNITY (Barbados) LTD., MUTUAL
   INDEMNITY (US) LTD., and MUTUAL HOLDINGS
28 (BERMUDA) LTD.,

          Cross-Defendants.                        - 1 -

04056.00003
590965.1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CROSS-COMPLAINT AND THIRD PARTY
COMPLAINT

MORGENSTEIN & JUBELIRER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Defendants and Cross-Complainants Stateco Inc., doing business as Stateco

2   Insurance Services, and Thomas Natoli (collectively "Stateco") and Plaintiff and

3   specially-appearing Cross-Defendants M. Diane Koken, Mutual Indemnity Ltd., Mutual

4   Indemnity (Bermuda) Ltd., Mutual Indemnity (Barbados) Ltd., Mutual Indemnity (US)

5   Ltd., and Mutual Holdings (Bermuda) Ltd. (collectively "Koken") by and through their

6   undersigned counsel, hereby stipulate as follows:

7       1.      WHEREAS Stateco filed a cross-complaint and third party complaint

8   ("cross-complaint") on October 31, 2005;

9       2.      WHEREAS Koken has expressed a desire to have a 45-day extension of

10   time to respond to the cross-complaint and third party complaint so the parties can

11   attempt to resolve this case without further litigation;

12      3.      WHEREAS the extension requested by Koken will not affect any court-

13   ordered deadlines; and

14      4.      WHEREAS Koken may appear to file this stipulation without prejudice at

15   any motion to dismiss it may choose to file;

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

MORGENSTEIN & JUBELIRER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

04056.00003
590965.1

- 2 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CROSS-COMPLAINT AND THIRD PARTY COMPLAINT

1    IT IS PROPOSED AND STIPULATED:

2        1.    The date set for Koken to respond to Stateco's cross-complaint and third-

3    party complaint will be extended from November 21, 2005 to January 5, 2005.

4        IT IS SO STIPULATED.

5    DATED: November _14_, 2005            BERLINER COHEN

6

7

8    By _Laura A. Palazzolo_
         Frank R. Ubhaus

9        Laura A. Palazzolo
         Attorneys for Defendants and Cross-

10       Complainants STATECO INC., dba
         STATECO INSURANCE SERVICES and

11       THOMAS NATOLI

12   DATED: November _14_, 2005            WOLF, BLOCK, SCHORR and SOLIS-

13                                         COHEN LLP

14

15   By _A. LR for_
         Anthony R. Twardowski

16       Attorneys for Plaintiff and Specially
         Appearing Cross-Defendants M. DIANE

17       KOKEN, MUTUAL INDEMNITY LTD.,
         MUTUAL INDEMNITY (Bermuda) LTD.,

18       MUTUAL INDEMNITY (Barbados) LTD.,
         MUTUAL INDEMNITY (US) LTD., and

19       MUTUAL HOLDINGS (BERMUDA) LTD.

20

21                    IT IS SO ORDERED

22   DATED: _11/17_____, 2005

23

24   By _/s/electronic signature authorized_
         Jeremy Fogel

25       United States District Court Judge

26

27

28

MORGENSTEIN & JUBELIRER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

04056.00003
590965.1

- 3 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CROSS-COMPLAINT AND THIRD PARTY
COMPLAINT