WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
ANTHONY R. TWARDOWSKI (admitted *pro hac vice*)
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Telephone:   (215) 977-2042
Facsimile:    (215) 405-2942

**E-filed 12/21/05**

MORGENSTEIN & JUBELIRER LLP
JEAN L. BERTRAND (Bar. No. 83250)
ADRIENNE S. LEIGHT (Bar No. 226854)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Plaintiff and Specially-Appearing Cross-Defendant
M. DIANE KOKEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M. DIANE KOKEN,<br><br>   Plaintiff,<br><br>v.<br><br>STATECO INC. d/b/a STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, inclusive,<br><br>   Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 3:05-CV-03007-JF<br><br>***AMENDED* STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF AND SPECIALLY-APPEARING CROSS-DEFENDANT M. DIANE KOKEN'S TIME TO RESPOND TO CROSS-COMPLAINT** |

Defendants and Cross-Complainants Stateco Inc., doing business as Stateco Insurance Services, and Thomas Natoli (collectively "Stateco") and Plaintiff and specially-appearing Cross-Defendant M. Diane Koken, ("Koken") by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS Stateco filed a cross-complaint and third party complaint ("cross-complaint") on October 31, 2005;

2. WHEREAS Koken has expressed a desire to have a 45-day extension of

1  time to respond to the cross-complaint so the parties can attempt to resolve this case
2  without further litigation;
3      3.    WHEREAS the extension requested by Koken will not affect any court-
4  ordered deadlines; and
5      4.    WHEREAS Koken may appear to file this stipulation without prejudice to
6  any motion to dismiss it may choose to file;
7      IT IS PROPOSED AND STIPULATED:
8      The date set for Koken to respond to Stateco's cross-complaint will be extended
9  from November 21, 2005 to January 5, 2006.
10      IT IS SO STIPULATED.
11  DATED: December 8, 2005    BERLINER COHEN

By /s/ Laura A. Palazzolo
Laura A. Palazzolo
Attorneys for Defendants and Cross-Complainants STATECO INC., dba STATECO INSURANCE SERVICES and THOMAS NATOLI

18  DATED: December 8, 2005    WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

By /s/ Anthony R. Twardowski
Anthony R. Twardowski
Attorneys for Plaintiff and Specially Appearing Cross-Defendant M. DIANE KOKEN

**IT IS SO ORDERED**

DATED: 12/21, 2005

By /s/electronic signature authorized
Jeremy Fogel
United States District Court Judge
United States District Court Judge