**E-filed 2/24/06**

1  WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
   ANTHONY R. TWARDOWSKI (admitted *pro hac vice*)
2  1650 Arch Street, 22nd Floor
   Philadelphia, PA 19103
3  Telephone:   (215) 977-2042
   Facsimile:   (215) 405-2942
4
   MORGENSTEIN & JUBELIRER LLP
5  JEAN L. BERTRAND (Bar. No. 83250)
   ADRIENNE S. LEIGHT  (Bar No. 226854)
6  One Market, Spear Street Tower, 32nd Floor
   San Francisco, CA  94105
7  Telephone:   (415) 901-8700
   Facsimile:   (415) 901-8701
8
   Attorneys for Plaintiff and Specially-Appearing
9  Counter-Defendant M. DIANE KOKEN

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13  M. DIANE KOKEN,                    Case No.:  3:05-CV-03007-JF

14            Plaintiff,

15     v.                             **STIPULATION AND [~~PROPOSED~~]
                                      ORDER CONTINUING HEARING
                                      DATE FOR KOKEN'S MOTION TO
16  STATECO INC. et al.,              DISMISS TO MARCH 31, 2006**

17            Defendant.

18  _____

19  AND RELATED CROSS-ACTION

20

21          Pursuant to Local Rules 6-1 and 6-2, defendants and counter-complainants

22  Stateco Inc., doing business as Stateco Insurance Services, and Thomas Natoli

23  (collectively "Stateco"), and plaintiff and specially-appearing counter-defendant M. Diane

24  Koken, ("Koken") by and through their undersigned counsel, hereby stipulate as follows:

25          1.     WHEREAS Koken filed a motion to dismiss Stateco's counterclaims

26  ("Motion to Dismiss") on January 5, 2006;

27          2.     WHEREAS the hearing for the Motion to Dismiss is currently scheduled for

28  February 24, 2006;

*MORGENSTEIN & JUBELIRER LLP*
*ATTORNEYS AT LAW*
*SAN FRANCISCO*

1    3.    WHEREAS Anthony Twardowski, counsel for Koken who intends to argue

2  the Motion to Dismiss, is unable to attend the hearing due to an unexpected and serious

3  medical issue;

4    4.    WHEREAS counsel for Koken and Stateco have met and conferred

5  regarding continuing the hearing date to March 31, 2006 at 9:00 a.m.;

6    5.    WHEREAS continuing the hearing date will not affect any other Court-

7  ordered deadlines;

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

MORGENSTEIN & JUBELIRER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

04056.00003
603351.1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR KOKEN'S MOTION TO DISMISS

IT IS PROPOSED AND STIPULATED:

1.    The hearing date for Koken's Motion to Dismiss will be continued from February 24, 2006 to March 31, 2006 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: February _22_, 2006                    BERLINER COHEN


                                              By _Laura Palazzo_
                                              Laura Palazzo
                                              Attorneys for Defendants and Counter-
                                              Complainants STATECO INC., dba
                                              STATECO INSURANCE SERVICES and
                                              THOMAS NATOLI


DATED: February _22_, 2006                    MORGENSTEIN & JUBELIRER LLP


                                              By _A. L._
                                              Adrienne S. Leight
                                              Attorneys for Plaintiff and Specially
                                              Appearing Counter-Defendant M. DIANE
                                              KOKEN


                        IT IS SO ORDERED

    For good cause shown, it is so ordered.

DATED: ___2/24___, 2006


                                              By _____
                                              Jeremy Fogel
                                              United States District Court Judge

MORGENSTEIN & JUBELIRER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

04056.00003
603351.1

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR KOKEN'S MOTION TO DISMISS