**E-filed 5/1/06**

FRANK R. UBHAUS, CA. STATE BAR NO. 46085
LAURA PALAZZOLO, CA. STATE BAR NO. 210954
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388

ATTORNEYS FOR STATECO INC. AND THOMAS NATOLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>STATECO INC. dba STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, Inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | No. C 05 3007 - JF<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS STATECO AND THOMAS NATOLI'S TIME TO FILE AN AMENDED COUNTER CLAIM |

Defendants and Counter-Claimants Stateco Inc., doing business as Stateco Insurance Services, and Thomas Natoli (collectively the "Stateco Defendants") and Plaintiff and Counter-Defendant M. Diane Koken, ("Koken") by and through their undersigned counsel, hereby stipulate as follows:

1.   WHEREAS Stateco filed its Amended Answer and Counterclaim ("Counterclaim") on or about December 19, 2005; and

2.   WHEREAS on or about January 5, 2006, Koken filed a motion to dismiss Stateco's

1  Counterclaim ("Motion to Dismiss"); and

2        3.    WHEREAS, after a hearing on the Motion to Dismiss, the Court entered it Order Granting Motion to Dismiss With Leave To Amend on or about April 4, 2006 (the "Order"); and

      4.    WHEREAS, the Order required that any amended counterclaim should be filed within twenty days of the Order; and

      5.    WHEREAS the Stateco Defendants have requested an extension of time to file their amended counterclaim; and

      6.    WHEREAS the extension requested by the Stateco Defendants will not affect any court-ordered scheduling deadlines;

IT IS PROPOSED AND STIPULATED:

The date set for the Stateco Defendants to respond to amend their counter-claims will be extended from April 24, 2006 to May 1, 2006.

///

///

///

///

///

///

///

///

///

///

///

1 | IT IS SO STIPULATED.

3 | DATED: April 24, 2006                    BERLINER COHEN

By _____
Laura A. Palazzolo
Attorneys for Defendants and Cross-
Complainants STATECO INC., dba STATECO
INSURANCE SERVICES and THOMAS
NATOLI

13 | DATED: April 24, 2006                   WOLF, BLOCK, SCHORR and SOLIS-
                                             COHEN LLP

By _____
Michael Cavadel
Attorneys for Plaintiff Counter-Defendant M.
DIANE KOKEN

**IT IS SO ORDERED**

DATED: __May 1__, 2006

By _____
Jeremy Fogel
United States District Court Judge
United States District Court Judge