\*\*E-filed 5/11/06\*\*

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
ANTHONY R. TWARDOWSKI (admitted *pro hac vice*)
MICHAEL B. CAVADEL (admitted *pro hac vice*)
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Telephone: (215) 977-2042
Facsimile: (215) 405-2942

MORGENSTEIN & JUBELIRER LLP
JEAN L. BERTRAND (Bar. No. 83250)
ADRIENNE S. LEIGHT (Bar No. 226854)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Plaintiff and Specially-Appearing Counter-Defendant
M. DIANE KOKEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M. DIANE KOKEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATECO INC. d/b/a STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:05-CV-03007-JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF AND SPECIALLY-APPEARING COUNTER-DEFENDANT M. DIANE KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM** |
| AND RELATED CROSS-ACTION | |

　　　　Defendants and Counter-Claimants Stateco Inc., doing business as Stateco Insurance Services, and Thomas Natoli (collectively "Stateco") and Plaintiff and specially-appearing Counter-Defendant M. Diane Koken, ("Koken") by and through their undersigned counsel, hereby stipulate as follows:

　　　　1.　　WHEREAS Stateco filed an amended counterclaim on May 2, 2006;

　　　　2.　　WHEREAS Koken has expressed a desire to have a 24-day extension of time to respond to the amended counterclaim so the parties can attempt to resolve this

04056.00003
613771.1

- 1 -

STIPULATION AND [PROPOSED] ORDER EXTENDING KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM

case without further litigation;

3. WHEREAS the extension requested by Koken will not affect any court-ordered deadlines; and

4. WHEREAS Koken may appear to file this stipulation without prejudice to any motion to dismiss it may choose to file;

IT IS PROPOSED AND STIPULATED:

The date set for Koken to respond to Stateco's amended counterclaim will be extended from May 12, 2006 to June 5, 2006.

IT IS SO STIPULATED.

DATED: May 5, 2006          BERLINER COHEN

By /s/ Laura Palazzolo
Laura Palazzolo
Attorneys for Defendants and Counter-Claimants STATECO INC., dba STATECO INSURANCE SERVICES and THOMAS NATOLI

DATED: May 5, 2006          WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

By /s/ Adrienne S. Leight
Adrienne S. Leight
Attorneys for Plaintiff and Specially Appearing Counter-Defendant M. DIANE KOKEN

IT IS SO ORDERED

DATED: 5/11/06 , 2006

By /s/ Jeremy Fogel
Jeremy Fogel
United States District Court Judge
United States District Court Judge

Koken v. Stateco, et al.
U.S.D.C. – N.D. (San Jose Division) Case No. 3:05-CV-03007-JF

Case 5:05-cv-03007-JF   Document 61   Filed 05/11/06   Page 3 of 3

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

**STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF AND SPECIALLY-APPEARING COUNTER-DEFENDANT KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM**

[x] By causing the document(s) listed above to be electronically served on all parties pursuant to CCP §1010.6(a)(6).

Laura A. Palazzolo
Berliner Cohen
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113-2233
**Attorney for Stateco**

John C. Fox
John P. Kern
Manatt Phelps & Phillips, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Tel: (650) 812-1300
Fax: (650) 213-0260
**Attorneys for The Mutual Companies**

Douglas Y. Christian
Damian L. Dinicola
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8237
Fax: (215) 864-9233
**Attorneys for The Mutual Companies**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 5th day of May 2006, at San Francisco, California.

*Susan Blakeley*
Susan Blakeley

MORGENSTEIN & JUBELIRER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

04056.00003
579815.1

CERTIFICATE OF SERVICE