WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
ANTHONY R. TWARDOWSKI (admitted *pro hac vice*)
MICHAEL B. CAVADEL (admitted *pro hac vice*)
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Telephone:   (215) 977-2042
Facsimile:   (215) 405-2942

\*\*E-filed 6/5/06\*\*

MORGENSTEIN & JUBELIRER LLP
JEAN L. BERTRAND (Bar. No. 83250)
ADRIENNE S. LEIGHT (Bar No. 226854)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Plaintiff and Specially-Appearing
Counter-Defendant M. DIANE KOKEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M. DIANE KOKEN,<br><br>    Plaintiff,<br><br>  v.<br><br>STATECO INC. d/b/a STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:05-CV-03007-JF<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF AND SPECIALLY-APPEARING COUNTER-DEFENDANT M. DIANE KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM** |
| AND RELATED CROSS-ACTION | |

Defendants and Counter-Claimants Stateco Inc., doing business as Stateco Insurance Services, and Thomas Natoli (collectively "Stateco") and Plaintiff and specially-appearing Counter-Defendant M. Diane Koken, ("Koken") by and through their undersigned counsel, hereby stipulate as follows:

  1. WHEREAS Stateco filed an amended counterclaim on May 2, 2006;

  2. WHEREAS Stateco and Koken previously stipulated to a 24-day extension of time to respond to Stateco's counterclaim;

3. WHEREAS Stateco wishes to continue settlement negotiations with Koken following the resolution of the Mutual Companies' Motion to Dismiss Stateco's Third Party Complaint;

4. WHEREAS the extension requested by Koken will not affect any court-ordered deadlines; and

5. WHEREAS Koken may appear to file this stipulation without prejudice to any motion to dismiss it may choose to file;

IT IS PROPOSED AND STIPULATED:

The date set for Koken to respond to Stateco's amended counterclaim will be extended from June 5, 2006 to July 7, 2006.

IT IS SO STIPULATED.

DATED: June ____, 2006

BERLINER COHEN

By _____
Laura Palazzolo
Attorneys for Defendants and Counter-Claimants STATECO INC., dba STATECO INSURANCE SERVICES and THOMAS NATOLI

DATED: June 2, 2006

MORGENSTEIN & JUBELIRER LLP

By _____
Adrienne S. Leight
Attorneys for Plaintiff and Specially Appearing Counter-Defendant M. DIANE KOKEN

**IT IS SO ORDERED**

DATED: ____June 5____, 2006

By _____
Jeremy Fogel
United States District Court Judge

- 2 -

SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM

04056.00003
617488.1

3. WHEREAS Stateco wishes to continue settlement negotiations with Koken following the resolution of the Mutual Companies' Motion to Dismiss Stateco's Third Party Complaint;

4. WHEREAS the extension requested by Koken will not affect any court-ordered deadlines; and

5. WHEREAS Koken may appear to file this stipulation without prejudice to any motion to dismiss it may choose to file;

IT IS PROPOSED AND STIPULATED:

The date set for Koken to respond to Stateco's amended counterclaim will be extended from June 5, 2006 to July 7, 2006.

IT IS SO STIPULATED.

DATED: June 2, 2006

BERLINER COHEN

By _____
Laura Palazzolo
Attorneys for Defendants and Counter-Claimants STATECO INC., dba STATECO INSURANCE SERVICES and THOMAS NATOLI

DATED: June ____, 2006

MORGENSTEIN & JUBELIRER LLP

By _____
Adrienne S. Leight
Attorneys for Plaintiff and Specially Appearing Counter-Defendant M. DIANE KOKEN

**IT IS SO ORDERED**

DATED: _____, 2006

By _____
Jeremy Fogel
United States District Court Judge

04056.00003
617488.1

- 2 -
SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM

TOTAL P.03