**E-Filed 06/26/06**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>STATECO INC. dba STATECO INSURANCE SERVICES, et al.,<br><br>    Defendants and Third Party Plaintiffs,<br><br>    v.<br><br>MUTUAL INDEMNITY LTD., et al.,<br><br>    Third Party Defendants. | Case No. C 05-03007 JF<br><br>ORDER[1] REGARDING THIRD PARTY PLAINTIFF'S MOTION TO DISMISS<br><br>[re: docket # 51] |

On July 22, 2005, M. Diane Koken ("Koken"), Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company ("Legion") and Villanova Insurance Company ("Villanova"), filed a complaint against Defendants Stateco Insurance Services ("Stateco"), a California corporation,

---

[1] This disposition is not designated for publication and may not be cited.

1 | Thomas Natoli ("Natoli"), XYZ Corps. 1-10, and Does 1-10. On December 21, 2005,
2 | Defendants Stateco and Natoli filed a counterclaim and a third party complaint against Mutual
3 | Indemnity Ltd. ("MI"), Mutual Indemnity (Bermuda) Ltd. ("MI Bermuda"), Mutual Indemnity
4 | (Barbados) Ltd. ("MI Barbados"), Mutual Indemnity (US) Ltd. ("MI US"), Mutual Indemnity
5 | (Dublin) Ltd. ("MI Dublin") and Mutual Holdings (Bermuda) Ltd. ("MH Bermuda").
6 | (collectively "Mutual Defendants"), XYZ Corporations 1 -10, and Does 1 - 10. Mutual
7 | Defendants move to dismiss the third party complaint pursuant to Federal Rule of Civil
8 | Procedure 12(b)(3) and, in the alternative, Rule 12 (b)(2).

On June 22, 2006, this Court heard oral argument on the instant motion. During oral argument, Stateco's counsel requested leave to amend its third party complaint. Counsel for Mutual Defendants did not object. Accordingly, Stateco shall have leave to file an amended third party complaint, which shall be filed within twenty (20) days of the date of this Order. In light of Stateco's anticipated amended complaint, the instant motion to dismiss is moot. The Court will take the instant motion to dismiss off of the calendar without prejudice to a renewed motion to dismiss.

IT IS SO ORDERED.

DATED: June 26, 2006

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 05-03007 JF
ORDER REGARDING THIRD PARTY PLAINTIFF'S MOTION TO DISMISS
(JFEX1)

This Order has been served upon the following persons:

| | |
|---|---|
| Jean L. Bertrand | jlb@mjllp.com, nyp@mjllp.com |
| John P. Kern | jkern@manatt.com, jyoung@manatt.com |
| Adrienne S. Leight | asl@mjllp.com, awl@mjllp.com |
| Laura Anne Palazzolo | laura.palazzolo@berliner.com, rebecca.revelez@berliner.com, victoria.maydanik@berliner.com |
| Anthony R. Twardowski | atwardowski@wolfblock.com, mcrowley@wolfblock.com |

Michael B. Cavadel
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street
22nd Floor
Philadelphia, PA 19103

Douglas Y. Christian
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Damian L. Dinicola
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

3

Case No. C 05-03007 JF
ORDER REGARDING THIRD PARTY PLAINTIFF'S MOTION TO DISMISS
(JFEX1)