\*\*E-filed 7/5/06\*\*

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
ANTHONY R. TWARDOWSKI (admitted *pro hac vice*)
MICHAEL B. CAVADEL (admitted *pro hac vice*)
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Telephone:   (215) 977-2042
Facsimile:   (215) 405-2942

MORGENSTEIN & JUBELIRER LLP
JEAN L. BERTRAND (Bar. No. 83250)
ADRIENNE S. LEIGHT  (Bar No. 226854)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Plaintiff and Specially-Appearing
Counter-Defendant M. DIANE KOKEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M. DIANE KOKEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATECO INC. d/b/a STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 3:05-CV-03007-JF<br><br>**THIRD STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PLAINTIFF AND SPECIALLY-APPEARING COUNTER-DEFENDANT M. DIANE KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM** |

Defendants and Counter-Claimants Stateco Inc., doing business as Stateco Insurance Services, and Thomas Natoli (collectively "Stateco") and Plaintiff and specially-appearing Counter-Defendant M. Diane Koken, ("Koken") by and through their undersigned counsel, hereby stipulate as follows:

　　　　1.　　WHEREAS on April 24, 2006, Mutual Indemnity Ltd., Mutual Indemnity (Bermuda) LTD., Mutual Indemnity (Barbados) LTD., Mutual Indemnity (US) LTD., Mutual Indemnity (Dublin) LTD., and Mutual Holdings (Bermuda) LTD., (collectively the "Mutual Companies'") filed a motion to dismiss Stateco's third party complaint.

2. WHEREAS Stateco filed an amended counterclaim against Koken on May 2, 2006;

3. WHEREAS Koken and Stateco previously stipulated to extend the time for Koken to respond to the amended counterclaim so as to first permit the Court to rule on the Mutual Companies' motion to dismiss Stateco's third party complaint;

4. WHEREAS on June 26, 2006, the Court granted Stateco's request to amend its third party complaint and did not rule on the Mutual Companies' motion to dismiss;

5. WHEREAS Stateco wishes to continue settlement negotiations with Koken following the resolution of the Mutual Companies' motion to dismiss Stateco's third party complaint;

6. WHEREAS the extension requested by Koken will not affect any court-ordered deadlines; and

7. WHEREAS Koken may appear to file this stipulation without prejudice to any motion to dismiss it may choose to file;

IT IS PROPOSED AND STIPULATED:

The date set for Koken to respond to Stateco's amended counterclaim will be extended from July 7, 2006 to 20 days following the Court's ruling on the Mutual Defendants' motion to dismiss.

IT IS SO STIPULATED.

DATED: June 30, 2006

BERLINER COHEN

By /s/ Laura Palazzolo
Laura Palazzolo
Attorneys for Defendants and Counter-Claimants STATECO INC., dba STATECO INSURANCE SERVICES and THOMAS NATOLI

///
///

1 | DATED: June 29, 2006

MORGENSTEIN & JUBELIRER LLP

By _____
Adrienne S. Leight
Attorneys for Plaintiff and Specially
Appearing Counter-Defendant M. DIANE KOKEN

**IT IS SO ORDERED**

DATED: ___July 5___, 2006

By _____
Jeremy Fogel
United States District Court Judge