WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
ANTHONY R. TWARDOWSKI (admitted *pro hac vice*)
MICHAEL B. CAVADEL (admitted *pro hac vice*)
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Telephone:  (215) 977-2042
Facsimile:  (215) 405-2942

MORGENSTEIN & JUBELIRER LLP
JEAN L. BERTRAND (Bar. No. 83250)
WILSON K. PARK (Bar No. 239527)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701

Attorneys for Plaintiff and Specially-Appearing
Counter-Defendant M. DIANE KOKEN

\*\*E-filed 10/30/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M. DIANE KOKEN,<br><br>Plaintiff,<br><br>v.<br><br>STATECO INC. d/b/a STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:05-CV-03007-JF<br><br>**FOURTH STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF AND SPECIALLY-APPEARING COUNTER-DEFENDANT M. DIANE KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM** |
| AND RELATED CROSS-ACTION | |

Defendants and Counter-Claimants Stateco Inc., doing business as Stateco Insurance Services, and Thomas Natoli (collectively "Stateco") and Plaintiff and specially-appearing Counter-Defendant M. Diane Koken, ("Koken") by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS Stateco filed an amended counterclaim on May 2, 2006;

2. WHEREAS Koken and Stateco previously stipulated to extend the time for Koken to respond to the amended counterclaim to permit the Court to rule on the Mutual

1 | Companies' motion to dismiss Stateco's amended third party complaint before Koken
2 | responded to the amended counterclaim;
3 |     3.    WHEREAS on October 11, 2006, the Court granted the Mutual Companies'
4 | motion to dismiss Stateco's amended third party complaint;
5 |     4.    WHEREAS Stateco wishes to continue settlement negotiations with Koken;
6 |     5.    WHEREAS the extension requested by Koken will not affect any court-
7 | ordered deadlines; and
8 |     6.    WHEREAS Koken may appear to file this stipulation without prejudice to
9 | any motion to dismiss it may choose to file;

IT IS PROPOSED AND STIPULATED:

The date set for Koken to respond to Stateco's amended counterclaim will be extended from October 31, 2006 to December 15, 2006.

IT IS SO STIPULATED.

DATED: October 24, 2006

BERLINER COHEN

By _/s/ Laura Palazzolo_
Laura Palazzolo
Attorneys for Defendants and Counter-Claimants STATECO INC., dba STATECO INSURANCE SERVICES and THOMAS NATOLI

DATED: October 24, 2006

MORGENSTEIN & JUBELIRER LLP

By _/s/ Wilson K. Park_
Wilson K. Park
Attorneys for Plaintiff and Specially Appearing Counter-Defendant M. DIANE KOKEN

MORGENSTEIN & JUBELIRER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

04056.00003
636294.1

- 2 -

FOURTH STIPULATION AND [PROPOSED] ORDER EXTENDING KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM

**[PROPOSED] ORDER**

IT IS SO ORDERED

DATED: _____October 27_____, 2006

By _____[signature]_____
The Honorable Jeremy Fogel
United States District Court Judge