WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
ANTHONY R. TWARDOWSKI (admitted *pro hac vice*)
MICHAEL B. CAVADEL (admitted *pro hac vice*)
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Telephone:   (215) 977-2042
Facsimile:    (215) 405-2942

\*\*E-filed 12/12/06\*\*

MORGENSTEIN & JUBELIRER LLP
JEAN L. BERTRAND (Bar. No. 83250)
WILSON K. PARK  (Bar No. 239527)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Plaintiff and Specially-Appearing
Counter-Defendant M. DIANE KOKEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M. DIANE KOKEN,<br><br>    Plaintiff,<br><br>v.<br><br>STATECO INC. d/b/a STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 5:05-CV-03007-JF<br><br>**FIFTH STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF AND SPECIALLY-APPEARING COUNTER-DEFENDANT M. DIANE KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM** |

Defendants and Counter-Claimants Stateco Inc., doing business as Stateco Insurance Services, and Thomas Natoli (collectively "Stateco") and Plaintiff and specially-appearing Counter-Defendant M. Diane Koken, ("Koken") by and through their undersigned counsel, hereby stipulate as follows:

1.  WHEREAS Stateco filed an amended counterclaim on May 2, 2006;

2.  WHEREAS Koken and Stateco previously stipulated to extend the time for Koken to respond to the amended counterclaim;

3. WHEREAS Stateco wishes to continue settlement negotiations with Koken and the Mutual Companies;

4. WHEREAS the extension requested by Koken will not affect any court-ordered deadlines; and

5. WHEREAS Koken may appear to file this stipulation without prejudice to any motion to dismiss it may choose to file;

IT IS PROPOSED AND STIPULATED:

The date set for Koken to respond to Stateco's amended counterclaim will be extended from December 15, 2006 to February 1, 2007.

IT IS SO STIPULATED.

DATED: December 8, 2006

BERLINER COHEN

By /s/ Laura Palazzolo
Laura Palazzolo
Attorneys for Defendants and Counter-Claimants STATECO INC., dba STATECO INSURANCE SERVICES and THOMAS NATOLI

DATED: December 8, 2006

MORGENSTEIN & JUBELIRER LLP

By /s/ Wilson K. Park
Wilson K. Park
Attorneys for Plaintiff and Specially Appearing Counter-Defendant M. DIANE KOKEN

04056.00003
640893.1

- 2 -
FIFTH STIPULATION AND [PROPOSED] ORDER EXTENDING KOKEN'S TIME TO RESPOND TO AMENDED COUNTERCLAIM

**IT IS SO ORDERED**

1
2  DATED: ___12/11/_____, 2006
3
4                                    By _____[signature]_____
5                                       Hon. Jeremy Fogel
6                                       United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGENSTEIN & JUBELIRER LLP
ATTORNEYS AT LAW
SAN FRANCISCO