**E-filed 3/15/07**

FRANK R. UBHAUS, CA. STATE BAR NO. 46085
LAURA PALAZZOLO, CA. STATE BAR NO. 210954
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388

ATTORNEYS FOR STATECO INC. AND
THOMAS NATOLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>STATECO INC. dba STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. C 05 3007 - JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE HEARING ON PLAINTIFF'S MOTION TO DISMISS**<br><br>Date: April 6, 2007<br>Time: 9:00 a.m.<br>Dept.: 3<br>Judge: Hon. Jeremy Fogel |
| AND RELATED CROSS-ACTION. | |

Defendants and Counter-Claimants Stateco Inc., doing business as Stateco Insurance Services, and Thomas Natoli (collectively the "Stateco Defendants") and Plaintiff and Counter-Defendant M. Diane Koken, ("Koken") by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS Koken Filed her Motion to Dismiss Second Amended Counterclaim of Defendants Stateco, Inc. and Thomas Natoli ("Motion") on or about February 1, 2007; and

2. WHEREAS the Defendants' Opposition to such Motion was due on March 16, 2007; and

3. WHEREAS, due to a death in the family, counsel for the Defendants requested, and received, an extension of time to respond to the Motion; and

4. WHEREAS, the parties have further agreed that the date set for the hearing should be continued to also allow an extension of time for the Plaintiff to reply; and

5. WHEREAS the parties do not believe the extension requested will otherwise effect the scheduling of the case;

IT IS PROPOSED AND STIPULATED:

1. The hearing on Plaintiff's Motion to Dismiss Second Amended Counterclaim of Defendants Stateco, Inc. and Thomas Natoli shall be continued to May 4, 2007 at 9:00 a.m.; and
2. The Opposition of Defendants Stateco, Inc. and Thomas Natoli shall be due on April 13, 2007; and
3. The Reply of Plaintiff M. Diane Koken shall be due on April 20, 2007.

IT IS SO STIPULATED.

DATED: March 13, 2007

BERLINER COHEN

By /s/ Laura A. Palazzolo
Laura A. Palazzolo
Attorneys for Defendants and Cross-Complainants STATECO INC., dba STATECO INSURANCE SERVICES and THOMAS NATOLI

DATED: March 13, 2006

SCHIFF HARDIN LLP

By______________________________
Wilson K. Park
Attorneys for Plaintiff Counter-Defendant M. DIANE KOKEN

3. WHEREAS, due to a death in the family, counsel for the Defendants requested, and received, an extension of time to respond to the Motion; and

4. WHEREAS, the parties have further agreed that the date set for the hearing should be continued to also allow an extension of time for the Plaintiff to reply; and

5. WHEREAS the parties do not believe the extension requested will otherwise effect the scheduling of the case;

IT IS PROPOSED AND STIPULATED:

1. The hearing on Plaintiff's Motion to Dismiss Second Amended Counterclaim of Defendants Stateco, Inc. and Thomas Natoli shall be continued to May 4, 2007 at 9:00 a.m.; and
2. The Opposition of Defendants Stateco, Inc. and Thomas Natoli shall be due on April 13, 2007; and
3. The Reply of Plaintiff M. Diane Koken shall be due on April 20, 2007.

IT IS SO STIPULATED.

DATED: March 13, 2007

BERLINER COHEN

By______________________

Laura A. Palazzolo
Attorneys for Defendants and Cross-Complainants STATECO INC., dba STATECO INSURANCE SERVICES and THOMAS NATOLI

DATED: March 13, 2006

SCHIFF HARDIN LLP

By______________________

Wilson K. Park
Attorneys for Plaintiff Counter-Defendant M. DIANE KOKEN

03/13/07 TUE 13:15 FAX 14159053071 SCHIFFHARDIN 004
From: 4089382577 Page: 4/4 Date: 3/13/2007 8:58:21 AM

**IT IS SO ORDERED**

DATED: 3/15, 2007

By ______________________
Jeremy Fogel
United States District Court Judge

\LPALA\720178.1
031307-13187002

STIP. TO CONTINUE HEARING ON MOTION TO DISMISS

-3-