**E-filed 5/1/07**

1. WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
2. ANTHONY R. TWARDOWSKI (admitted *pro hac vice*)
   MICHAEL B. CAVADEL (admitted *pro hac vice*)
   1650 Arch Street, 22nd Floor
3. Philadelphia, PA 19103
   Telephone:   (215) 977-2042
4. Facsimile:   (215) 405-2942

5. SCHIFF HARDIN LLP
   JEAN L. BERTRAND (Bar. No. 83250)
6. WILSON K. PARK  (Bar No. 239527)
   One Market, Spear Street Tower, 32nd Floor
7. San Francisco, CA  94105
   Telephone:   (415) 901-8700
8. Facsimile:   (415) 901-8701

9. Attorneys for Plaintiff and Specially-Appearing
   Counter-Defendant M. DIANE KOKEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M. DIANE KOKEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATECO INC. d/b/a STATECO INSURANCE SERVICES and THOMAS NATOLI, and XYZ CORPS. 1-10, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 5:05-cv-03007-JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' SECOND AMENDED COUNTERCLAIM** |

　　　　Plaintiff and Specially Appearing Counter-Defendant M. Diane Koken ("Plaintiff") and Defendants and Counter-Claimants Stateco Inc., doing business as Stateco Insurance Services, and Thomas Natoli (collectively "Defendants") by and through their undersigned counsel, stipulate as follows:

　　　　1.　　WHEREAS Defendants filed their Second Amended Counterclaim on or about May 2, 2006; and

　　　　2.　　WHEREAS Plaintiff filed her Motion to Dismiss Second Amended

1 | Counterclaim of Defendants on or about February 1, 2007; and

2 | 3. WHEREAS the hearing on Plaintiff's motion was scheduled for May 4,
3 | 2007; and

4 | 4. WHEREAS because Plaintiff's counsel will be out of the country, Plaintiff
5 | requested, and Defendants agreed to, a continuance of the hearing date; and

6 | 5. WHEREAS the extension requested by Plaintiff will not affect any court-
7 | ordered deadlines;

8 | IT IS PROPOSED AND STIPULATED:

9 | The hearing date on Plaintiff's Motion to Dismiss Second Amended Counterclaim
10 | of Defendants shall be continued to June 15, 2007 at 9:00 a.m.

11 | IT IS SO STIPULATED.

13 | DATED: April 26, 2007          BERLINER COHEN

15 | By /s/ Laura Palazzolo
    Laura Palazzolo
16 | Attorneys for Defendants and Counter-
    Claimants STATECO INC., dba STATECO
17 | INSURANCE SERVICES and THOMAS
    NATOLI

19 | DATED: April ____, 2007          SCHIFF HARDIN LLP

21 | By _____
    Wilson K. Park
22 | Attorneys for Plaintiff and Specially
    Appearing Counter-Defendant M. DIANE
23 | KOKEN

From: 4089382577     Page: 3/4     Date: 4/26/2007 5:33:26 PM

1. Counterclaim of Defendants on or about February 1, 2007; and

2. 3. WHEREAS the hearing on Plaintiff's motion was scheduled for May 4, 2007; and

3. 4. WHEREAS because Plaintiff's counsel will be out of the country, Plaintiff requested, and Defendants agreed to, a continuance of the hearing date; and

4. 5. WHEREAS the extension requested by Plaintiff will not affect any court-ordered deadlines;

IT IS PROPOSED AND STIPULATED:

The hearing date on Plaintiff's Motion to Dismiss Second Amended Counterclaim of Defendants shall be continued to June 15, 2007 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: April ____, 2007                           BERLINER COHEN

                                                  By _____
                                                  Laura Palazzolo
                                                  Attorneys for Defendants and Counter-
                                                  Claimants STATECO INC., dba STATECO
                                                  INSURANCE SERVICES and THOMAS
                                                  NATOLI

DATED: April 27, 2007                             SCHIFF HARDIN LLP

                                                  By _____
                                                  Wilson K. Park
                                                  Attorneys for Plaintiff and Specially
                                                  Appearing Counter-Defendant M. DIANE
                                                  KOKEN

**IT IS SO ORDERED**

DATED: _____May 1_____, 2007

By _____
Honorable Jeremy Fogel
United States District Court Judge

04056.00003
656659.1

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' SECOND AMENDED COUNTERCLAIM