1   FRANK R. UBHAUS, CA STATE BAR NO. 46085          **E-filed 5/2/07**
    LAURA PALAZZOLO, CA STATE BAR NO. 210954
2   BERLINER COHEN
    TEN ALMADEN BOULEVARD
3   ELEVENTH FLOOR
    SAN JOSE, CALIFORNIA 95113-2233
4   TELEPHONE: (408) 286-5800
    FACSIMILE: (408) 998-5388
5   frank.ubhaus@berliner.com
    laura.palazzolo@berliner.com
6

7   ATTORNEYS FOR DEFENDANT STATECO INC
    DBA STATECO INSURANCE SERVICES
8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  M. DIANE KOKEN, Insurance          CASE NO.  C 05 3007 JF
    Commissioner of the Commonwealth of
13  Pennysvlania, acting in her official   [PROPOSED] ORDER TO
    capacity as Statutory Liquidator of   WITHDRAW AND REPLACE
14  Legion Insurance Company and          DOCUMENTS IN THE RECORD
    Villanova Insurance Company,
15
                 Plaintiff,
16
17        v.

18  STATECO INC dba STATECO
    INSURANCE SERVICES and
19  THOMAS NATOLI, and XYZ CORPS.
    1-10, and DOES 1 through 10,
20  inclusive,

21               Defendant.

22  AND RELATED CROSS-ACTION.

23        Upon review of the Application of Defendants and Cross-complainants

24  Stateco, Inc. and Thomas Natoli to withdraw and replace documents on the record,

25  and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

26        1.        Document Number 105 (Memorandum in Opposition to Plaintiff's

27  Motion to Dismiss;   Document Number 106 (Request for Judicial Notice in

28  Support of Defendants' Opposition to Plaintiff's Motion to Dismiss); and

Document Number 107 (Exhibits re Request for Judicial Notice (Exhibit A, parts 1 through 4)) shall be expunged from the record in this case;

The Amended Opposition and the Declaration of Thomas Natoli, (Document Number 113) shall replace the aforementioned documents in this Court's record.

DATED:   ___5/2/07_____          _____

Hon. Jeremy Fogel
United States District Court Judge